PHILLIPPIA LUSBY CARRE, by her next friend HAYMAN TAYLOR *against* CHARLES CARRE.

On a libel for a divorce from bed and board, the facts when contested shall be tried by the court, *per testees.*

LIBEL for a divorce from bed and board, for barbarous treatment and indignities offered to the wife.

Mr. Du Ponceou for the respondent, prayed a rule for trial by special jury, which was objected to by Mr. Lewis for the libellant.

*Per curiam.* The 10th section of the act passed 19th September 1785, (2 Dall. St Laws, 387,) directs, that upon due proof, of cruel treatment, &c. in manner aforesaid, the court may grant a divorce from bed and board. The words are not on due proof and trial, &c. referring to the third section of the act. This case therefore is left as it is in the civil law, to a trial by the court *per testes,* and there is strong reason for the distinction between such divorces and those from the bonds of matrimony.

Motion denied.